**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 9, 2022

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Seife v. U.S. FDA, et al.,* Docket No. 20-4072
Argued March 7, 2022, before Judges Lohier, Chin, and Robinson

Dear Ms. Wolfe:

We write respectfully to clarify a statement made during oral argument in the above-named matter. Upon listening to the audio of the oral argument, we realized that at the approximate times 27:50 through 30:01 of the hearing, counsel for the government may have been understood as saying that the competitive-harm test advanced by plaintiff-appellant is "consonant" with 5 U.S.C. § 552(a)(8), and that the government therefore is "not taking a position" as to whether under § 552(a)(8)(A)(i)(I), avoiding such harm is an "interest protected" by Exemption 4. In fact, the government's position is that the interest protected by Exemption 4 is the confidential nature of the information, and not any competitive or economic value, as articulated in the government's brief at pages 26-33. However, even if the Court were to consider whether competitive harm would result from the release of the information, that test has been satisfied, as explained in the government's brief at pages 33-42. In saying we were not "taking a position," we meant to convey not that the interests in confidentiality and in protecting against competitive harm were equally protected by Exemption 4, but rather that under either test the district court's judgment should be affirmed. We regret any misunderstanding that may have occurred.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Dominika Tarczynska
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
Tel: (212) 637-2748
Fax: (212) 637-2686
dominika.tarczynska@usdoj.gov